UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

C/A: 2:10-0317-DCN

| | |
|---|---|
| Larry E. Sherfey, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Plaintiff's Motion to Remand and Supporting** |
| vs. ) | **Memorandum** |
| ) | |
| Big Red, Inc. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pursuant to 28 U.S.C. §1441(b) and the Federal Rules of Civil Procedure, Plaintiff in the above-entitled action hereby moves this Court for an Order remanding the action to the Court of Common Pleas for the County of Charleston, State of South Carolina (the action was originally commenced in the Court of Common Pleas as Civil Action No. 2010-CP-10-737). Defendant removed the action pursuant to diversity of citizenship jurisdiction under 28 U.S.C. §1332(a). See Paragraph 4 of Notice of and Petition for Removal.

Plaintiff is a citizen of Tennessee and Defendant admitted in the Notice of and Petition for Removal that Defendant "is a corporation organized and existing under the laws of the State of South Carolina, with a principal place of business in North Charleston, South Carolina." Id. at Paragraph 2. As such, under 28 U.S.C. §1441(b), the action may not be removed to federal court. Specifically, 28 U.S.C. §1441(b) provides that an action between citizens of different states "shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which

1

such action is brought." Because Defendant is a citizen of the State of South Carolina, the action is not removable to federal court.

For the foregoing reasons, Plaintiff hereby requests that this Court issue an Order remanding the action to the Court of Common Pleas for the County of Charleston, State of South Carolina.

                                  Respectfully submitted,

                                  s/Christopher J. McCool
                                  Christopher J. McCool (Fed. ID No.: 5747)
                                  cmccool@joyelawfirm.com
                                  Post Office Box 62888 (29419-2888)
                                  5861 Rivers Avenue, Suite 101
                                  North Charleston, SC 29419-2888
                                  Office:  843-554-3100
                                  Facsimile: 843-529-9180

                                  Attorneys for Plaintiff

North Charleston, South Carolina
This 8th day of March, 2010.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served on the Court and all counsel of record in compliance with the Federal Rules of Civil Procedure this 8th day of March, 2010.

                                  s/Christopher J. McCool