IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Larry E. Sherfey, | ) | |
| | ) | Civil No. 2:10-CV-0317-DCN |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER AND OPINION** |
| Big Red, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on plaintiff's motion to remand. Plaintiff filed a complaint in state court alleging negligence and willful conduct on the part of defendants for creating, and failing to warn against, the alleged dangerous and/or defective condition of a container handler. Defendants subsequently removed the case to federal court pursuant to 28 U.S.C. § 1332(a). Plaintiff is a citizen and resident of the State of Tennessee, and defendant is a corporation organized under the laws of South Carolina, with its principal place of business in North Charleston, South Carolina. Defendant did not file a brief in opposition to plaintiff's motion.

Plaintiff correctly asserts that 28 U.S.C. § 1441(b) prevents defendant from removing the case to federal court. In an action based on diversity jurisdiction, "such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." 28 U.S.C. § 1441(b). Defendant Big Red, Inc., admits it is a citizen of South Carolina; therefore, defendant is precluded from removing the case to federal court.

1

For the foregoing reason, the court **GRANTS** plaintiff's motion to remand.

**AND IT IS SO ORDERED**.

_____
**DAVID C. NORTON
CHIEF UNITED STATES DISTRICT JUDGE**

**March 31, 2010
Charleston, South Carolina**